|   |   |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
|   | United States Attorney |
| 2 | LEON W. WEIDMAN |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | KRISTEN M. LEE (State Bar No. 239464) |
| 4 | Assistant United States Attorney |
| 5 | Room 7516, Federal Building |
|   | 300 North Los Angeles Street |
|   | Los Angeles, California  90012 |
| 6 | Telephone:  (213) 894-0332 |
|   | Facsimile: (213)  894- 7819 |
| 7 | Email: Kristen.Lee@usdoj.gov |
| 8 | Attorneys for Defendant |
|   | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERESE M. WELDON AND MORRIS L. DUNLOP, JR., | Case  No. CV09-01516 AHM (OPx) |
| Plaintiffs, | ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF COMPROMISE |
| v. | |
| TSA - HOMELAND SECURITY AND THE UNITED STATES OF AMERICA, | Hon. A. Howard Matz |
| Defendants. | |

Pursuant to the Stipulation of Compromise and Dismissal executed by and between plaintiffs Terese M. Weldon and Morris L. Dunlap ("Plaintiffs"), and defendant the United States of America ("Defendant"), filed concurrently herewith,

/ / /

IT IS HEREBY ORDERED that:

1. Plaintiffs' action, Case No. CV09-01516 AHM (OPx), is dismissed with prejudice in its entirety; and

2. Each party shall bear their own costs of suit.

DATED: September 16, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

      /s/
_____
KRISTEN M. LEE
Assistant U.S. Attorney
Attorneys for Defendant,
the United States of America